AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
VICTOR VASQUEZ

*Defendant(s)*

Case No. 26-MJ-6398-MPK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2024 in the county of Worcester in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 641 & 2 | Theft of government funds, aiding and abetting |

This criminal complaint is based on these facts:

See Affidavit of U.S. Postal Inspector Ryan T. Noonan

☑ Continued on the attached sheet.

/s/ Ryan T. Noonan

*Complainant's signature*

Ryan T. Noonan, U.S. Postal Inspector

*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 6, 2026

Page Kelley

*Judge's signature*

City and state: Boston, Massachusetts

Honorable M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*