**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** II **Investigating Agency** USPIS

**City** Gardner

**County** Worcester

**Related Case Information:**

Superseding Ind./ Inf. ________ Case No. ________

Same Defendant ________ New Defendant ________

Magistrate Judge Case Number ________

Search Warrant Case Number ________

R 20/R 40 from District of ________

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ________ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Victor Vasquez Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ________

Address: Gardner, Massachusetts 01440

Birth date (Yr only): 1985 SSN (last 4#): 1856 Sex: M Race White/Hispanic Nationality: USA

**Defense Counsel if known:** ________ Address: ________

Bar Number: ________

**U.S. Attorney Information**

AUSA: Seth B. Kosto Bar Number if applicable: 641044

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ________

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ________

**Arrest Date:** ________

☐ Already in Federal Custody as of ________ in ________.

☐ Already in State Custody at ________ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ________ on ________

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ________ ☐ Misdemeanor ________ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/6/2026 Signature of AUSA: */s/ Seth B. Kosto*

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Victor Vasquez

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 641 and 2 | Theft of government funds | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**